FILED
7/23/20 8:21 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE ) | |
| ) | |
| Kelly A. McQuoid, ) | Bankruptcy No. 16-20813-JAD |
| *Debtor(s)* ) | |
| ) | Chapter 13 |
| ) | |
| Kelly A. McQuoid, ) | Related To Doc. No. 135 |
| *Movant(s)* ) | |
| ) | |
| Vs. ) | |
| ) | |
| *No Respondent(s)* ) | |

## ORDER OF COURT

AND NOW, to wit, this 23rd day of July, 2020, it is hereby ORDERED, ADJUDGED, and DECREED, that the Motion to Sell Real Estate Free and Clear of Liens filed at Docket No. 135 is WITHDRAWN and the hearing scheduled for August 5, 2020, at 10:00 is CANCELLED.

Honorable Jeffery A. Deller    mas
U.S. Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
    Kenneth Steidl, Esquire
    Ronda J. Winnecour, Esquire